MICHAEL J. MICELI, Esq.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email:michaeljmiceli@gmail.com; kristine.fumolaw@gmail.com
Attorney for Defendant – LADDA BOONLERT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-CR-315-JAD-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUE SENTENCING HEARING |
| v. | ) | (4TH REQUEST) |
| | ) | |
| LADDA BOONLERT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between MICHAEL J. MICELI,

ESQ., counsel for Defendant LADDA BOONLERT, and JIM W. FANG, Assistant United States

Attorney,  that the Sentencing Hearing currently set for May 17, 2022 at 10:00 a.m., be vacated

and continued until a time convenient to the Court, but no earlier than after September 27, 2022.

This Stipulation is entered into for the following reasons:

1.  Counsel has spoken to Defendant and she has no objection to the request for the

    continuance.

2.  Defendant is currently out of custody on pretrial release.

3. Counsel for defendant has spoken to AUSA Jim Fang and he has no objection to the continuance.

4. Counsel needs additional time to prepare for sentencing and go over any issues that Defendant may have.

5. This is the fourth request for continuance of the sentencing hearing.

DATED: May 2, 2022

/s/ Michael J. Miceli, Esq..          /s/ Jim W. Fang, Esq.
MICHAEL J. MICELI, ESQ.          JIM W. FANG, ESQ.
601 Las Vegas Boulevard, South          ASSISTANT UNITED STATES ATTORNEY
Las Vegas, Nevada 89101          501 LAS VEGAS BOULEVARD SOUTH. #1100
ATTORNEY FOR THE DEFENDANT          LAS VEGAS, NEVADA 89101
LADDA BOONLERT          ATTORNEY FOR UNITED STATES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-CR-315-JAD-NJK |
| | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| LADDA BOONLERT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and she has no objection to the request for the continuance.

2. Defendant is currently out of custody on pretrial release.

3. Counsel for defendant has spoken to AUSA Jim Fang and he has no objection to the continuance.

4. Counsel needs additional time to prepare for sentencing and go over any issues that Defendant may have.

5. This is the fourth request for continuance of the sentencing hearing.

///

///

IT IS HEREBY ORDERED:

1.     The sentencing hearing set for May 17, 2022 at 10:00 a.m. is hereby VACATED AND CONTINUED;

2.     The sentencing hearing in this matter will commence on October 11, 2022, at 11:00 a.m.


DATED this 3rd day of May, 2022.

_____
U.S. DISTRICT JUDGE