UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-CR-315-JAD-NJK |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | ECF No. 118 |
| | ) | |
| LADDA BOONLERT, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

IT IS HEREBY ORDERED:

1. The sentencing hearing set for October 11, 2022 at 11:00 a.m. is hereby VACATED AND CONTINUED;

2. The sentencing hearing in this matter will commence on March 7, 2023 at 2:00 p.m.

DATED this 6th day of October, 2022.

_____
U.S. DISTRICT JUDGE